IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01767-MSK-MEH

MICHELE MENTE,

    Plaintiff,

v.

EAGLE'S NEST VILLAGE CENTER PARTNERS, L.L.C., a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 6, 2011.**

    Defendant, Eagle's Next Village Center Partners, L.C.C.'s (Unopposed) Motion for Leave to File Third-Party Complaint Against Commercial Building Services, Inc. [filed December 1, 2011; docket #23] is **granted**.[1]  Defendant shall serve the Third-Party Complaint in accordance with Fed. R. Civ. P. 4.

---

[1] The Court reminds counsel of D.C. Colo. LCivR 7.1B, which states that "[i]f a motion is unopposed, it shall be entitled "Unopposed Motion for _____."