IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01767-MSK-MEH

MICHELE MENTE,

    Plaintiff,

v.

EAGLE'S NEST VILLAGE CENTER PARTNERS, L.L.C., a Colorado limited liability company,

    Defendant,

v.

COMMERCIAL BUILDING SERVICES, INC.

    Defendant/Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 24, 2012.**

Plaintiff Michele Mente's (Unopposed) Motion for Leave to File an Amended Complaint in Order to Assert Claims Against Third Party Defendant, Commercial Building Services, Inc. [filed January 20, 2012; docket #33] is **granted**.[1]  Pursuant to Fed. R. Civ. P. 15(a)(2), the Court finds that justice requires leave to amend.  Therefore, the Court accepts Plaintiff's First Amended Complaint and Jury Demand [docket #34] as filed.  In the future, however, the parties shall refrain from *filing* proposed pleadings until the Court grants leave to do so (rather, they should simply be attached to the motion).  Defendants shall respond to Plaintiff's First Amended Complaint in accordance with Fed. R. Civ. P. 15 and all applicable local and federal rules.

In addition, although Plaintiff does not address Rule 16 in her motion, the Court must also consider whether she has shown good cause to amend the scheduling order to allow for the amended pleading.  *See* Fed. R. Civ. P. 16.  In light of the third party complaint filed by Defendant Eagle's Nest Village Center Partners, L.L.C., the Court finds good cause exists to modify the deadline for amendment of pleadings.  Thus, the deadline for amendment of pleadings in this case is extended to January 20, 2012, the date on which Plaintiff filed this motion.

---

[1] The parties are reminded of D.C. Colo. LCivR 7.1B, which states that "[i]f a motion is unopposed, it shall be entitled 'Unopposed Motion for _____.'"