IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01767-MSK-MEH

MICHELE MENTE,

    Plaintiff,

v.

EAGLE'S NEST VILLAGE CENTER PARTNERS, L.L.C., a Colorado limited liability company,

    Defendant,

v.

COMMERCIAL BUILDING SERVICES, INC.

    Defendant/Third Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2012.**

    Plaintiff's Unopposed Motion to Modify Scheduling Order with Respect to Disclosure of Expert Witnesses [filed February 20, 2012; docket #44] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Deadline for Plaintiff's expert disclosures: | **April 15, 2012** |
| Deadline for Defendant's and Third Party Defendant's expert disclosures: | **May 15, 2012** |
| Deadline for designation of rebuttal experts: | **June 1, 2012** |

    All other deadlines remain the same.