IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01767-MSK-MEH

MICHELE MENTE,

    Plaintiff,

v.

EAGLE'S NEST VILLAGE CENTER PARTNERS, L.L.C., a Colorado limited liability company,

    Defendant,

v.

COMMERCIAL BUILDING SERVICES, INC.

    Defendant/Third Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2012.**

    Plaintiff's Second Unopposed Motion to Modify the Scheduling Order With Respect to Expert Testimony [filed April 10, 2012; docket #53] is **granted in part** and **denied in part**. While the Court recognizes that some modification is warranted, Plaintiff has not provided sufficient justification for the extensions requested. For good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Deadline for Plaintiff's expert designations: | **May 15, 2012** |
| Deadline for Defendants' expert designations: | **June 15, 2012** |
| Deadline for designation of rebuttal experts: | **July 1, 2012** |
| Discovery cutoff: | **July 1, 2012** |

    *All other deadlines remain in effect*. The parties must make a separate and more thorough showing of cause for any further modifications.