IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01767-MSK-MEH

MICHELE MENTE,

    Plaintiff,

v.

EAGLE'S NEST VILLAGE CENTER PARTNERS, L.L.C., a Colorado Limited Liability Company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Joint Motion to Dismiss With Prejudice (Motion) **(#60)** filed August 2, 2012. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 2nd day of August, 2012.

                              **BY THE COURT:**

                              _____
                              Marcia S. Krieger
                              United States District Judge